IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01580-AP

ORA CHAPMAN o/b/o Alexander Chapman,

    Plaintiff,

    v.

MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:

Marcy F. Holland #10217
Attorney for Plaintiff
3515 South Tamarac Drive, #200
Denver, CO 80237
Telephone: (303) 773-3600
FAX (303) 395-1700
E-mail: marcyholland@gmail.com

For Defendant:

Troy Eid
United States Attorney

Kevin Thomas Traskos
Assistant U.S. Attorney
Kevin.Traskos@usdoj.gov

Allan Berger
Special Assistant U.S. Attorney
Telephone: (303) 844-2149
Fax: (303) 844-0770
1961 Stout St., Suite 1001A
Denver, CO 80294
allan.berger@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

### 3. DATES OF FILING OF RELEVANT PLEADINGS

    A.    Date Complaint Was Filed: 7/25/08.
    B.    Date Complaint Was Served on U.S. Attorney's Office: 8/7/08
    C.    Date Answer and Administrative Record Were Filed: 10/6/08.

### 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

### 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

### 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:** This case involves no unusual claims.

**Defendant states:** This case does not involve unusual claims or defenses.

### 7. OTHER MATTERS

**Plaintiff states:** The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of her opening brief is filed.

**Defendant states**: To the best of his knowledge, there are no other matters.

### 8. BRIEFING SCHEDULE

    A.    Plaintiff's Opening Brief Due: 11/25/08
    B.    Defendant's Response Brief Due: 12/24/08
    C.    Plaintiff's Reply Brief Due: 1/6/09

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    A.    **Plaintiff's Statement:** Oral Argument is not requested.
    B.    **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 27th day of October, 2008.

                                                BY THE COURT:

                                               *S/John L. Kane*
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/MARCY F. HOLLAND<br>Marcy F. Holland #10217<br>Attorney for Plaintiff<br>3515 South Tamarac Drive, #200<br>Denver, CO 80237<br>Telephone: (303) 773-3600<br>FAX (303) 395-1700<br>E-mail: marcyholland@gmail.com | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER 10/27/08<br>Allan D. Berger<br>Special Assistant U.S. Attorney<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>allan.berger@ssa.gov<br><br>Attorneys for Defendant |